AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carolyn L. Davis,
9215 Crosby Road
Silver Spring, Maryland 20910,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Honorable Michael B. Mukasey,
United States Attorney General,
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-001
    Defendant.

CASE NU

Case: 1:08-cv-00772
Assigned To : Kennedy, Henry H.
Assign. Date : 5/5/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

Honorable Michael B. Mukasey,
United States Attorney General
U.S. Department of Justice
10th Street & Constitution Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within   **60**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**      MAY - 5 2008

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 12, 2008 |
| NAME OF SERVER *(PRINT)* Jermaine Brown | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail # 7000 0600 0029 3006 4360

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/19/2008
                    Date                Signature of Server

SWICK & SHAPIRO, P.C.
ATTORNEY AT LAW
Address of Server 1225 EYE ST, NW SUITE 1290
WASHINGTON, D.C. 20005

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)<br>MAY 1 2 2008 | B. Date of Delive |
| | C. Signature<br>X | ☐ Agent<br>☐ Address |
| 1. Article Addressed to:<br><br>Honorable Michael B. Mukasey<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530-001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandi<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label)<br>7000 0600 0029 3006 4360 | | |
| PS Form 3811, July 1999     Domestic Return Receipt | | 102595-99-M-178 |

C. Davis