UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN L. DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL B. MUKASEY, United States )<br>Attorney General, )<br>)<br>Defendant. )<br>)<br>) | Case Number:  1:08CV00772 (HHK) |

**NOTICE OF APPEARANCE**

      The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant in the above-captioned action.

Dated: July 11, 2008                    Respectfully submitted,

                                          /s/      Robin M. Meriweather
                                  ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                  Assistant United States Attorney
                                  555 Fourth St., N.W.
                                  Washington, D.C.  20530
                                  Phone: (202) 514-7198
                                  Fax: (202) 514-8780
                                  Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2008, I caused the foregoing Notice of Appearance to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

David H. Shapiro, Esq.
SWICK & SHAPIRO, P.C.
1225 Eye Street, NW
Suite 1290
Washington, DC 20005-3914

      /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114