UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN L. DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL B. MUKASEY, United States Attorney General,<br><br>    Defendant. | Case Number: 1:08CV00772 (HHK) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Michael B. Mukasey, through undersigned counsel, hereby requests a 30-day enlargement of time in which to file an answer or otherwise respond to Plaintiff's complaint. The answer currently is due July 18, 2008. Defendant requests that the deadline be extended to August 18, 2008. In accordance with Local Civil Rule 7(m), Defendant contacted counsel for Plaintiff to request Plaintiff's position on this motion, and Plaintiff consented to the enlargement of time.

There is good cause to grant this motion. This is an employment discrimination case in which Plaintiff alleges retaliation and race, sex, and age discrimination, arising out of her employment in the Antitrust Division of the Department of Justice ("DOJ"). To prepare an answer or Rule 12(b) motion, counsel for Defendants must confer with DOJ attorneys and HR staff regarding the factual allegations in the complaint, review the relevant record, and research any defenses that may be available to Defendant. Although counsel for Defendant has made a good faith effort to complete that legal and factual review in advance of the deadline for the

Answer, counsel for Defendant does not yet have all of the information necessary to prepare a response.

Further, Defendant seeks this enlargement because counsel for Defendant will be in South Carolina for trial advocacy training the afternoon of July 14, 2008, through July 25, 2008.  During that training, the undersigned will not be able to prepare or file Defendant's responsive pleading.  Accordingly, Defendant cannot meet the answer current deadline of July 18, 2008.  Enlarging the deadline to August 18, 2008 will allow counsel for Defendant to continue her review of the relevant factual and legal materials, and prepare the responsive pleading, upon her return from training.

Defendant has not sought any prior enlargements of time.  Granting this enlargement should cause no prejudice, and will not affect any pending hearings or other deadlines.  A proposed order is submitted herewith.

Dated: July 11, 2008                                    Respectfully submitted,


                                       /s/      Robin M. Meriweather
                                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C.  20530
                                    Phone: (202) 514-7198
                                    Fax: (202) 514-8780
                                    Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2008, I caused the foregoing Motion to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

David H. Shapiro, Esq.
SWICK & SHAPIRO, P.C.
1225 Eye Street, NW
Suite 1290
Washington, DC 20005-3914

                                                /s/ *Robin M. Meriweather*
                                        ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                )
CAROLYN L. DAVIS,                  )
                                                )
        Plaintiff,                   )
                                                )
   v.                                      )   Case Number:  1:08CV00772 (HHK)
                                                )
MICHAEL B. MUKASEY, United States )
Attorney General,                         )
                                                )
        Defendant.               )
_____)

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time to File Answer, it is this _____ day of _____

ORDERED that Defendant's Motion be and hereby is GRANTED;

it is further ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before August 18, 2008.

SO ORDERED.

                                                _____
                                                United States District Judge