UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAROLYN DAVIS, )<br>　)<br>　Plaintiff, )<br>　)<br>　　v. )<br>　)<br>MICHAEL B. MUKASEY, )<br>　United States Attorney General, )<br>　)<br>　Defendant. )<br>　) | Civil Action No. 1:08-CV-00772 (HHK) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff hereby respectfully requests an enlargement of two weeks to and including September 11, 2008, in which to file an opposition to Defendant's motion to dismiss. Plaintiff's opposition is due August 28, 2008. While Plaintiff's counsel has made significant progress, she needs additional time because she is inundated with the press of other business. Counsel for Defendant consents to this motion.

Respectfully submitted,

　　　/s/
David H. Shapiro
Ellen K. Renaud
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel. 202-483-0300

Attorney for Plaintiff